IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS MCCULLAR**
**ADC #167292**                                                                                              **PLAINTIFF**

v.                          Case No. 3:22-cv-00267-KGB

**STEVEN DAVIS**, *et al.*                                                                                 **DEFENDANTS**

## ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). The Court has reviewed the Recommendation. *Pro se* plaintiff Nicholas McCullar has not filed any objections to the Recommendation, and the time to do so has passed.[1] Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. McCullar's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). Judgment will be entered accordingly. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of June, 2025.

Kristine G. Baker
Chief United States District Judge

---

[1] The Court notes that a calculation sheet was filed by Mr. McCullar on February 17, 2023 (Dkt. No. 4). This filing was neither timely nor responsive to the terms of Judge Volpe's October 24, 2022, Order, which directed Mr. McCullar to file a properly completed *in forma pauperis* application with his calculation sheet (Dkt. No. 2, at 3).