IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS MCCULLAR**
ADC #167292                                                                                          **PLAINTIFF**

v.                          Case No. 3:22-cv-00267-KGB

**STEVEN DAVIS**, *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Nicholas McCullar's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 2nd day of June, 2025.

Kristine G. Baker
Chief United States District Judge